No. 923.   UNITED STATES *v.* ALLEN-BRADLEY Co. Court of Claims.   Certiorari granted.   *Solicitor General Sobeloff, Assistant Attorney General Rice* and *Hilbert P. Zarky* for the United States.   *Harvey W. Peters* for respondent.

No. 907.   CEBALLOS (Y ARBOLEDA) *v.* SHAUGHNESSY, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 2d Cir.   Certiorari granted.   *Blanch Freedman* and *Gloria Agrin* for petitioner.   *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for respondent.

No. 922.   GUNACA *v.* NATIONAL LABOR RELATIONS BOARD EX REL. KOHLER COMPANY.   C. A. 7th Cir.   Certiorari granted.   The Solicitor General is invited to file a brief expressing the views of the National Labor Relations Board.   *Joseph L. Rauh, Jr., John Silard* and *Harold A. Cranefield* for petitioner.   *John C. Gall, Wm. F. Howe, Jerome Powell* and *Lyman C. Conger* for respondent.

No. 917.   UNITED STATES *v.* SCHNEER'S ATLANTA, INC. C. A. 5th Cir.   Certiorari granted.   *Solicitor General Sobeloff* and *Samuel D. Slade* for the United States. *M. Hardeman Blackshear, Jr.* for respondent.

No. 988.   NATIONAL LEAD Co. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 2d Cir.   Certiorari granted. *Lawrence S. Lesser* for petitioner.   *Solicitor General Sobeloff* for respondent.